FILED

02/26/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0742

# IN THE SUPREME COURT OF THE STATE OF MONTANA
# CASE NO. 23-0742

_____

TOM and CAROL WILLIS,
Plaintiffs and Appellees,
v.
CLIFFTON OPPEGAARD,
Defendant.
and
WESTERN NATIONAL MUTUAL INSURANCE
COMPANY,
Defendant and Appellant.

_____

On Appeal from the Thirteenth Judicial District
Yellowstone County Cause No. DV-56-2020-0001647-PI
Honorable Ashley Harada

## ORDER GRANTING PERMISSION TO FILE COMBINED BRIEFS
_____

Upon the unopposed motion of Appellees Tom and Carol Willis

(collectively "Willis") for permission to file a combined brief (1) in Answer to

Appellant Western National Mutual Insurance Company's ("Western National's")

Opening Brief and (2) in support of Willis's Motion to Dismiss the appeal based

on mootness, and for good cause showing,

IT IS HEREBY ORDERED that the motion is granted.  Appellee Willis is authorized to file a combined brief within the timeline and word limit applicable to an Answer Brief.    Appellant Western National will respond in a combined brief.

DATED this 26 th day of February, 2024.

By:  _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 26 2024